UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RICHARD M SAVOIE** | **CASE NO. 2:20-CV-01289** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **B P AMOCO CHEMICAL CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

Before the court is a Report and Recommendation [doc. 46] filed by the Magistrate Judge, recommending that the court grant plaintiffs' Motion to Remand [doc. 12]. Defendant ExxonMobil has filed a response and notice of settlement, cursorily objecting to the Report and Recommendation but stating that it does not object to remand so that an order of dismissal can be entered in the state court based on the parties' settlement. Travelers Indemnity Company, the only other remaining defendant in this matter, has not filed a response to the Report and Recommendation and its time for doing so has passed.

For the reasons stated in the Report and Recommendation of the Magistrate Judge, and after an independent review of the record, determining that the findings are correct under applicable law, and considering the objections, the court finds that the Motion to Remand [doc. 12] should be **GRANTED**. According, **IT IS ORDERED** that this matter be remanded to the Fourteenth Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 24th day of March, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE